# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATHEW F. MILLER**
**THOMAS C. MILLER**

May 4, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

Honorable Joel A. Pisano
U.S. District Court Judge
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4046
P.O. Box 999
Newark, New Jersey 07101-0999

                RE:    YOUNG, Andre
                        Docket No. 05-CR.000610-001

*Report of Offender Under Supervision*

Dear Judge Pisano:

On September 23, 1997, the above-referenced was sentenced by the Honorable James R. Spencer, United States District Judge, Eastern District of Virginia, for Possession with Intent to Distribute Cocaine Base. Young received a 120-month term of imprisonment followed by five years Supervised Release. On September 2, 2004, the offender was released from custody and commenced his term of supervision. Supervision of this case was immediately assumed by our district due to Young's residence in New Jersey. On August 15, 2005, Your Honor accepted jurisdiction under the docket number referenced above.

On April 17, 2006, the offender was arrested by the Plainfield police department for assault. Young's ex-girlfriend, Odessa Atkins, who is also the mother of their four-month old daughter, obtained a restraining order and filed a complaint for assault on April 15, 2006. Reportedly, the offender surrendered to police on April 17, 2006, was processed, and released on $1000 bail. On April 21, 2006, the restraining order was dismissed. On April 27, 2006, Young appeared in Court and pled "not guilty" to the assault charges. He does not yet have a trial date.

On May 1, 2006, the offender appeared in Middlesex County Superior Court - Family Division, for a child support hearing. Young was ordered to pay $75 per month which will be a garnishment.

The offender has denied these charges to the probation office, stating he never physically hurt Ms. Atkins, rather they just argued. He informed our office that she filed this report to be spiteful and get him in trouble. Young has previously informed the undersigned he was having problems with Ms. Atkins, as they often argue and that she has become physical abusive toward him.

Page 2
May 4, 2006

Aside from this incident, the offender has been compliant with his conditions of supervision. Young has maintained full time employment with Mayflower Movers, Bridgewater, New Jersey, since September 2004. He is viewed as an outstanding employee by his supervisor. In addition, all submitted urine specimens have been negative. Therefore, we are recommending that the Court not pursue a violation of supervised release at this time. We will notify the Court, once the local charges are adjudicated.

We ask that Your Honor consider this recommendation and indicate your decision below. Should you have any questions or concerns, please contact the undersigned at (973) 645-6242.

Respectfully Submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Leslie M. Vargas
U.S. Probation Officer

/lmv

[X]  The Court accepts the recommendation of the Probation Office.

[ ]  The Court does rejects the recommendation and directs the Probation Office to file a violation of probation petition .

_____     5/16/06
Joel A. Pisano, U.S. District Court Judge      Date